IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JEAN-SEBASTIEN VILLA, et al.** | |
| **Plaintiffs,** | |
| v. | **CIVIL NO. 20-1586 (PAD)** |
| **EDUARDO PÉREZ-CACHO, et al.,** | |
| **Defendants.** | |

**WRIT OF ASSISTANCE**

**WHEREAS**, Judge Pedro A. Delgado, United States District Judge, has issued an order in this case dated August 17, 2021, which copied literally reads as follows:

**"ORDER**

Upon plaintiffs' Pro se "Motion for Writ of Assistance" (Docket No. 21), and it appearing from the record that co-defendant Eduardo Pérez-Cacho failed to comply with the "Memorandum and Order" at Docket No. 20, the court appoints and authorizes U.S. Marshal, Wilmer Ocasio-Ibarra or his representative, to proceed at once and execute a deed and the closing documents – on behalf of Mr. Eduardo Pérez-Cacho – for conveyance to plaintiffs of the following property: Condominium Torre Cielo, Apartment 19-D, 1481 Martin Travieso Street, San Juan Puerto Rico.[1] At the closing, plaintiffs shall deliver to co-defendant Carlos A. Pérez-Cacho a check for the amount of the purchase price discounting the deposit of $4,000.00 (Docket No. 20, p. 6).[2]

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of August, 2021.

s/Pedro A. Delgado-Hernández PEDRO A.
DELGADO-HERNÁNDEZ United States
District Judge"

---

[1] For this purpose, not later than August 20,2021, plaintiffs shall provide the court with a phone number and e-mail for the U.S. Marshals to be able to contact and coordinate with them this process. The Clerk is instructed to file any such motion under the selected parties restriction provided for in Standing Order No. 9.

[2] Co-defendant Carlos A. Pérez-Cacho is ready, willing and able to sing the deed of sale and all required documents (Docket No. 21, Exh. 2).

**THEREFORE**, the U.S. Marshal is required to proceed with the execution of the deed and closing documents according to the order which is literally transcribed above, in accordance with its terms and applicable law.

Issued under my signature and with the seal of the Court on August 23rd, 2021.

                MARÍA ANTONGIORGI-JORDÁN, ESQ.
                CLERK OF U.S. DISTRICT COURT

By:
        Deputy Clerk